UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

CASE NO.: 06-60372-CIV-DIMITROLEAS

JAMES W. JOHNSON,

    Plaintiff,

v.

THE DISTRICT BOARD OF TRUSTEES OF
BROWARD COMMUNITY COLLEGE,
FLORIDA,

    Defendants.
_____/

## VERDICT

### Section I: Florida Civil Rights Act — Discrimination

**Do you find from a preponderance of the evidence:**

    1) That Plaintiff is a member of a protected class?

        Answer Yes or No: __Yes__

    [Note: If you answered "No" to Question No. 1, you need not proceed any further except to date and sign this verdict and return it to the courtroom. But if you answered "Yes" to Question No. 1, answer Question No. 2.]

    2) That Plaintiff was qualified for the position?

        Answer Yes or No: __Yes__

    [Note: If you answered "No" to Question No. 2, you need not proceed any further except to date and sign this verdict and return it to the courtroom. But if you answered "Yes" to Question No. 2, answer Question No. 3.]

3) That Plaintiff was denied course assignments by the Defendant, The District Board of Trustees of Broward Community College?

Answer Yes or No: __Yes__

[Note: If you answered "No" to Question No. 3, you need not proceed any further except to date and sign this verdict and return it to the courtroom. But if you answered "Yes" to Question No. 3, answer Question No. 4.]

4) That similarly situated employees, who are not members of Plaintiff's protected class, were treated more favorably?

Answer Yes or No: __Yes__

[Note: If you answered "No" to Question No. 4, you need not proceed any further except to date and sign this verdict and return it to the courtroom. But if you answered "Yes" to Question No. 4, answer Question No. 5.]

5) That Plaintiff's religion (Catholic), was a substantial or motivating factor that prompted the Defendant, The District Board of Trustees of Broward Community College, in making course assignments?

Answer Yes or No: __Yes__

[Note: If you answered "No" to Question No. 5, you need not proceed any further except to date and sign this verdict and return it to the courtroom. But if you answered "Yes" to Question No. 5, answer Question No. 6.]

6) That Plaintiff was denied course assignments for reasons other then the consideration of the Plaintiff's religion?

Answer Yes or No: __Yes__

[Note: If you answered "Yes" to Question No. 6, you need not proceed any further except to date and sign this verdict and return it to the courtroom. But if you answered "No" to Question No. 6, answer Question Nos. 7 and 8.]

7) That the Plaintiff should be awarded damages to compensate for a net loss of wages and benefits to the date of trial?

Answer Yes or No: _____

If your answer is Yes,
in what amount?         $_____

8) That the Plaintiff should be awarded damages to compensate for emotional pain and mental anguish?

Answer Yes or No: _____

If your answer is Yes,
in what amount?         $_____

SO SAY WE ALL this 22nd day of __March__, 2007.

_____
Signature of Foreperson

While we have followed the jury instructions and delivered what we feel is the proper verdict in this case, based on the evidence that has been presented to us, we find deplorable some of the practices being exercised at Broward Community College Central Campus, with regards to the selection of instructors and texts used in religion courses.

We feel that BCC needs to immediately move toward correcting the religious bias that clearly is infecting some of its courses in the religion department and choose teaching materials that more appropriately represents a cross-section of the community, ~~which the college is supposed to represent~~. We feel there has been gross betrayal of the public trust.

_[signature]_ · 3/22/07