UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-60372-CIV-DIMITROLEAS

JAMES W. JOHNSON,

    Plaintiff,

v.

THE DISTRICT BOARD OF TRUSTEES OF
BROWARD COMMUNITY COLLEGE,
FLORIDA,

    Defendants.
_____/

**FINAL JUDGMENT FOR DEFENDANT**

THIS CAUSE is before the Court upon the Jury Verdict rendered in this action on March 22, 2006. Accordingly it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is hereby entered on behalf of Defendant The District Board of Trustees of Broward Community College, and against Plaintiff James W. Johnson. Plaintiff shall take nothing from this action;

2. Any remaining pending motions are hereby **DENIED AS MOOT**;

3. The Clerk is hereby directed to close this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of March, 2007.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

G. Ware Cornell, Esq.
Suzanne A. Singer, Esq.